# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com

January 26, 2015

**VIA ECF**
Honorable Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Begum v. Ariba Discount, Inc., et. al.*
Case No. 12 Civ. 6620 (DLC)

Dear Judge Cote,

We are counsel to Ariba Discount, Inc. and Asfar Khan ("defendants"), and we write to inform the court that defendants will not oppose the pending application of John K. Idouchi, Esq., for attorneys' fees and costs.

Respectfully submitted,

*s/* Peter H. Cooper

Peter H. Cooper

cc:   John K. Idouchi, Esq. (Via ECF)